ST. LOUIS–SAN FRANCISCO RAILWAY COMPANY, Debtor, Appellant, v. John W. STEDMAN, et al.

No. 13470.

Circuit Court of Appeals, Eighth Circuit.

Feb. 11, 1947.

William V. Hodges, of New York City, Daniel Bartlett and J. D. Hennigan, both of St. Louis, Mo., for appellant.

Charles P. Williams, of St. Louis, Mo., Hunton, Williams, Anderson, Gay & Moore, George D. Gibson and Henry W. Anderson, all of Richmond, Va., Cravath, Swaine & Moore, Leonard D. Adkins, Robert T. Swaine, Davis, Polk, Wardwell, Sunderland & Kiendl and Edwin S. S. Sunderland, all of New York City, and M. G. Roberts, Lowenhaupt, Waite, Chasnoff & Stolar, Jacob Chasnoff, Carter, Bull & Garstang and Emmet T. Carter, all of St. Louis, Mo., for appellees John W. Stedman, et al.

PER CURIAM.

Appeal from order entered by District Court on December 12, 1946, 68 F.Supp. 921, denying petition of the Debtor St. Louis-San Francisco Railway Company praying that Plan of Reorganization for Debtor's property be sent back to the Interstate Commerce Commission for further consideration, etc., dismissed on motion of appellees John W. Stedman, et al.